UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-1021 PSG (RCx) | Date | March 24, 2008 |
|---|---|---|---|
| Title | In re: the Conservatorship of Britney Jean Spears | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers) Order Striking Papers Filed by Jon Eardley**

The Court hereby orders stricken the following documents filed by Jon Eardley: Docket No: 36, 37, 38, 39, 40.

As previously stated by this Court's order, Jon Eardley has no authority to act on behalf of Britney Jean Spears. Further filings by Mr. Eardley in this matter that purport to be on behalf of Britney Jean Spears will warrant sanctions.

**IT IS SO ORDERED.**